IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CARLOS ROLDAN-FUERTES,

       Appellant,

 v.                 Case No.  5D21-1271
                           LT Case No. 2018-CF-017247-G-O

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed September 27, 2022

Appeal from the Circuit Court
for Orange County,
Wayne C. Wooten , Judge.

William R. Ponall, of Ponall Law, Maitland,
for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Rebecca Rock McGuigan and Richard A.
Pallas, Jr., Assistants Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, WALLIS and NARDELLA, JJ., concur.